UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ALKHARAF DELI & GROCERY INC. and
ABDO M. HEIMED,

                                         Plaintiffs,        Civil Action
                                                                    No. 23-cv-2630

           - v. -

                                                                    (Garaufis, J.)

UNITED STATES DEPARTMENT OF AGRICULTURE,    (Bulsara, M.J.)
FOOD AND NUTRITION SERVICE,

                                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: May 12, 2023
       Philadelphia, Pennsylvania       THE PRIVACY FIRM, P.C.
                                                   *Counsel for Plaintiffs*
                                                     1701 Walnut Street, Suite 70354
                                                     Philadelphia, Pennsylvania 19101-0635

                                  By: _____
                                                     Joseph A. Bahgat, Esq.
                                                     (732) 733-2396
                                                     joe@privacyfirm.law

**So Ordered.**
                                          s/Nicholas G. Garaufis
                                          **Hon. Nicholas G. Garaufis**
                                          **Date:** 5/15/23

*Jawad, et al. v. United States, et ano.*, No. 22-CV-6596 (Gonzalez, J.)
Stipulation of Dismissal With Prejudice

Dated: May 12, 2022
Brooklyn, New York

By:

BREON PEACE
United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
*Attorney for Defendant*

Kevin Yim
Assistant U.S. Attorney
(718) 254-6186
kevin.yim@usdoj.gov